UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID A. JACK, | ) | No. CV 09-7444-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered awarding both Title II and SSI disability benefits to plaintiff pursuant to 42 U.S.C. §§ 423, 1382(a).

DATED: November 22, 2010          /S/ ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                                  UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-7444.jud
11/22/10