1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  David A. Jack

7

8            **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9

10 DAVID A. JACK,                    ) Case No.: CV 09-7444 SS
                                     )
11         Plaintiff,                )  ORDER AWARDING EQUAL
                                     )  ACCESS TO JUSTICE ACT
12    vs.                            )  ATTORNEY FEES AND EXPENSES
                                     )  PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,                )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security,  )  U.S.C. § 1920
14                                   )
           Defendant                 )
15                                   )
   _____)
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of FOUR

20 THOUSAND SIX HUNDRED FIFTY DOLLARS ($4,650) as authorized by 28

21 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:   1/6/11                        /S/

23                               _____
                                 THE HONORABLE SUZANNE H. SEGAL
24                               UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ Brian C. Shapiro
   _____
4  Brian C. Shapiro
   Attorney for plaintiff David A. Jack

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26